# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
800 FRANKLIN AVENUE, ROOM 380
WACO, TEXAS 76701

**PHILIP J. DEVLIN**
CLERK OF COURT

(254) 750-1501

October 27, 2022

Jason Gabriel Bassa #29691-180
FCI
P.O. Box 1000
Oxford, WI 53952

Re:   Your recent letter re case 6:09-cr-00043-1

Mr. Bassa,

This office has received your request for several documents in your case. The docket sheet is 10 pages and may be obtained by sending a check or money order to "Clerk, U.S. District Court" in the amount of $5.00 (10 pages at $0.50/page) to the address listed above. There have been no transcripts made in your case so please fill out the enclosed form and return to this address. The request will be sent to the Court Reporter and she will contact you regarding payment for the requested transcript.

The Fifth Circuit Court of Appeals has long held that a claim of indigence does not include the automatic right to free copies of court orders, transcripts, or other court records.  If you want these documents, you must pay the associated copy fees.



U.S. District Clerk's Office, Waco
Western District of Texas
254-750-1501

Dear Clerk,                  Tues Oct 18, 2022

I am writing to request what I need to do to aquire my <u>Docket Sheet</u> and <u>Sentencing Transcripts</u>.

Please list any costs seperately

Docket Number    W-09-CR-043 (01)

Case No:      6:09cr43

thank you!

Jason Bassa
#29691-180
P.O. Box 1000
Oxford, WI 53952

Jason Bass #29691-180
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952

MILWAUKEE WI 530
19 OCT 2022 PM 3 L



RECEIVED
OCT 24 2022
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

District Clerk
United States District Court
800 Franklin Avenue
Waco, Tx 76701

76701-193480